PROB 12B
(7/93)

Report Date: December 12, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 13 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dale Lee Miller               Case Number: 2:04CR00075-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 09/27/2004           Type of Supervision:   Supervised Release

Original Offense: Involuntary Manslaughter, 18   Date Supervision Commenced: 12/12/2006
U.S.C. § 1153 and 1112; Assault Resulting in Serious
Bodily Injury, 18 U.S.C. § 1153 and 113(a)(6)

Original Sentence: Prison - 37 Months;          Date Supervision Expires: 12/11/2009
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

21   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from this substance.

### CAUSE

Pursuant to Ninth Circuit case law, United States v Stephens, the above request for modification of conditions is
being requested with the offender's consent.

Respectfully submitted,

by _____

Richard B. Law
U.S. Probation Officer
Date: December 12, 2006

Prob 12B
**Re: Miller, Dale Lee**
**December 12, 2006**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_Dec 13 2006_
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

21   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness:  _____        Signed:  _____
Richard B. Law                                           Dale Lee Miller
U.S. Probation Officer                                   Probationer or Supervised Releasee

December 12, 2006
Date